**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Julio Cesar ARROYAVE–VILLAREAL,
Defendant—Appellant.**

**No. 05–50838.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 13, 2007.

Sherri Walker Hobson, Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Michael Petrik, Jr., Esq., Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Julio Cesar Arroyave–Villareal appeals from the 70–month sentence imposed following his guilty-plea conviction for conspiracy to possess cocaine on board a vessel, in violation of 46 App. U.S.C. § § 1903(a), (c)(1)(A), (f), and (j). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Arroyave–Villareal contends that his sentence is unreasonable because the district court did not take into account the need to avoid unwarranted sentence disparities, as directed by 18 U.S.C. § 3553(a)(6). We disagree.

A review of the record demonstrates that the district court did in fact discuss the matter of sentence disparities and the section 3553(a) factors.

Accordingly, we conclude that the 70–month sentence is not unreasonable.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.